Cristina C. Arguedas (CBN 87887)
Raphael M. Goldman (CBN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Jessica McLellan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA McLELLAN,<br><br>Defendant. | No. CR 07-00173 SBA<br><br>**STIPULATED REQUEST FOR EARLY TERMINATION OF PROBATION AND ORDER** |

The United States of America, by and through its counsel the United States Attorney, and defendant Jessica McLellan, by and through undersigned counsel of record, hereby stipulate and agree as follows:

1. Ms. McLellan pled guilty on October 23, 2006, to one count charging her with securities fraud in violation of 15 U.S.C. §§ 78j(b) & 78ff and 17 C.F.R. § 240.10b-5. United States District Court Judge Percy Anderson of the Central District of California sentenced Ms. McLellan primarily to three years of probation and 300 hours of community service. *See United States v. McLellan*, No. CR 03-00940-PA (C.D. Cal.),

1. Docket # 75.  The case was transferred in May 2007 to this Court pursuant to 18 U.S.C. § 3605.  Docket # 1.

2. Since sentencing, Ms. McLellan has complied in all ways with the terms of her probation, paid all applicable fines and fees, and completed more than 500 hours of community service.  Ms. McLellan's Probation Officer, Wayne Mirikitani, informs counsel that the Probation Office has no objection to the early termination of Ms. McLellan's probation.

3. Ms. McLellan's probationary status hampers her work.  Ms. McLellan is seeking employment that requires international travel, but foreign officials have at times denied her access to their countries because of her probationary status.  Ms. McLellan understands that termination of her probationary status may aid in lifting these restrictions.

4. Judge Anderson of the United States District Court for the Central District of California has already granted early termination of probation to four defendants whose convictions arose from the same scheme as Ms. McLellan's.  *See United States v. Kalina*, No. CR 03-0012-PA (C.D. Cal.) Docket # 59; *United States v. Chan*, No. CR 04-1259-PA (C.D. Cal.) Docket # 45; *United States v. Patel*, No. CR 03-00940-PA (C.D. Cal.) Docket # 78; *United States v. Infeld*, No. CR 04-1259-PA (C.D. Cal.) Docket # 31.

5. Wherefore, the undersigned parties request that Ms. McLellan's probation be terminated.

1 | Respectfully submitted,

2 | Dated: May 5, 2009                THOMAS O'BRIEN
                                      United States Attorney for the Central District
3 |                                   of California

4 |                                   By: _____/s/_____
                                           Michael R. Wilner
5 |                                   Assistant United States Attorney
                                      Central District of California
6 |                                   Counsel for the United States of America

7 |

8 | Dated: May 5, 2009                ARGUEDAS, CASSMAN & HEADLEY, LLP

                                      By: _____/s/_____
9 |                                        Raphael M. Goldman
                                      Counsel for Jessica McLellan

10 |

11 |

12 | PURSUANT TO STIPULATION, it is SO ORDERED.

        5/11/09                       _____Saundra B Armstrong_____
13 |                                  United States District Court Judge

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |